UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| OMRI SCHWARTZ,<br><br>Plaintiff,<br><br>-v-<br><br>CITY OF NEW YORK, et al.,<br><br>Defendants. | : | 26-CV-8156 (JAV)<br><br><u>ORDER</u> |

JEANNETTE A. VARGAS, United States District Judge:

On September 23, 2026, Plaintiffs filed a motion for an order under *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), seeking an order requiring Corporation Counsel to identify the identities of certain defendants sued as John Doe Police Officers.

The Court construes this as an application for expedited discovery under Rule 26(d)(1) of the Federal Rules of Civil Procedure. The Court applies a flexible reasonableness and good cause standard in assessing whether to authorize expedited discovery. Expedited discovery will often be granted where the discovery is limited and specific in scope and designed to ascertain the identities and addresses of the defendants. *See Digital Sin, Inc. v. Does 1-176*, 279 F.R.D. 239, 241 (S.D.N.Y. 2012). But discovery requests that sweep too broadly or that are overbroad and go beyond attempting to identify unknown defendants will be denied. *See SingularDTV, GmbH v. Doe*, 637 F. Supp. 3d 38, 43 (S.D.N.Y. 2022).

Because Plaintiff cannot adequately identify the John Doe Defendants without early discovery, the Court agrees that there is good cause to allow for early discovery. Additionally, the Complaint coupled with Plaintiff's letter motion at ECF No. 7 supplies sufficient information

to permit the New York City Police Department to identify the John Doe Police Officers described by Plaintiff.

It is therefore ordered that the New York City Law Department, who is the attorney for and agent of the New York City Police Department, shall ascertain the identity of the John Doe Defendants whom Plaintiff seeks to sue here and the addresses where these Defendants may be served. The New York City Law Department shall provide this information to Plaintiff and the Court within 30 days of the date of this Order.

The Clerk of Court is directed to notify the New York City Police Department and the New York City Law Department of this Order. The Clerk of Court is directed to terminate ECF No. 7.

SO ORDERED.

Dated: October 13, 2026
New York, New York

Jeannette Vargas

JEANNETTE A. VARGAS
United States District Judge